UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,                                Case No. 3:24-cr-95

vs.

CLIFFORD BERNARD,                 District Judge Michael J. Newman
                                     Magistrate Judge Caroline H. Gentry

     Defendant.

---

**ORDER:  (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 39); (2) GRANTING THE PARTIES' JOINT MOTION FOR A CHANGE OF PLEA (Doc. No. 33); (3) ACCEPTING DEFENDANT'S PLEA OF GUILTY AS CHARGED IN COUNT 10 OF THE INDICTMENT; AND (4) DEFERRING THE DECISION OF WHETHER TO ACCEPT THE PLEA AGREEMENT UNTIL THE SENTENCING HEARING**

---

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 39), recommending that the Court accept Defendant's guilty plea.  There being no objections to the well-reasoned Report and Recommendation ("R&R"), the Court **ADOPTS** the R&R in full.  The parties' joint motion to change plea (Doc. No. 33) is **GRANTED**, and the Court **ACCEPTS** Defendant's plea of guilty as charged in Count 10 of the Indictment, which charges him with intent to distribute Schedule II controlled substances within 1,000 feet of a school, in violation of Title 21 U.S.C. §§ 841(a)(l), (b)(1)(A), (b)(l)(C) and 860.  The Court **DEFERS** the decision of whether to accept the plea agreement until the sentencing hearing.

     **IT IS SO ORDERED.**

   March 13, 2026                       s/Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge